UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-108-FL-RN

FILED IN OPEN COURT
ON 7-8-2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC JAA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| | ) | |
| IMELDA LIZETH GARCIA ABONZA | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about February 12, 2025, in the Eastern District of North Carolina, the defendant, IMELDA LIZETH GARCIA ABONZA, did intentionally convey false and misleading information that there was an explosive device within her vehicle and her person, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place, specifically the malicious damage to the United States Armed Forces Reserve Center Wilmington, federal property, by explosive material, that would constitute a violation of Title 18, United States Code, Section 844(f),

All in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT TWO

On or about February 12, 2025, in the Eastern District of North Carolina, the defendant, IMELDA LIZETH GARCIA ABONZA, willfully and by means of driving a motor vehicle into it, did injure and commit a depredation against property of the

United States, specifically the main gate at the United States Armed Forces Reserve Center Wilmington, and the resulting damage exceeded the sum of $1,000.00,

All in violation of Title 18, United States Code, Section 1361.

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

DATE: 7/8/25

DANIEL P. BUBAR
Acting United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney